# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIKE MEYERS and MARY DONOHUE, | : | 1:19-cv-596 |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| CALIBER HOME LOANS, SETERUS, INC., LSF9 MASTER PARTICIPATION TRUST, BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND PHELAN HALLINAN DIAMOND and JONES, PLLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### September 13, 2019

Presently before the Court is Defendant's motion to dismiss. (Doc. 12). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss, (Doc. 12), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/John E. Jones III<br>
John E. Jones III<br>
United States District Judge